**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kevin Lewis Hobson, | No. CV 07-1318-PHX-SMM |
| Plaintiff, | |
| v. | **ORDER** |
| Temple-Inlet, | |
| Defendant. | |

Currently pending before the Court are several motions filed by *pro se* Plaintiff Kevin Lewis Hobson. The Court will first address Plaintiffs Motions for Service by U.S. Marshal (Docs. 5 and 10) wherein Plaintiff respectfully requests that the US Marshal Service serve his summons and Complaint. Pursuant to the Court's Order of July 12, 2007 (Doc. 3), wherein the Court granted Plaintiff's Motion to Proceed In Forma Pauperis, the U.S. Marshal has previously been ordered to serve Plaintiff's summons and Complaint.[1] Therefore, Plaintiff's Motions for Service by U.S. Marshal(Doc. 5 and 10) are **DENIED** as **MOOT**.

The Court also has before it a Motion for Preliminary Pretrial Conference (Doc. 6) and a Motion for Leave to File a Proposed Case Management Plan (Doc. 8). The Court finds that

---

[1] The Order reads in pertinent part:
   Service by waiver or of the summons and complaint shall be at government expense on the defendant by the U.S. Marshal or his authorized representative.

1 because Defendant has yet to be served, it is premature to both set a pretrial conference and file
2 a proposed case management plan.  Therefore, the motions are **DENIED without prejudice**.

3       **IT IS HEREBY ORDERED DENYING** Plaintiff's Motions for Service by U.S.
4 Marshal(Doc. 5 and 10).

5       **IT IS FURTHER ORDERED DENYING** Plaintiff's Motion for Preliminary Pretrial
6 Conference (Doc. 6).

7       **IT IS FURTHER ORDERED DENYING** Plaintiff's Motion for Leave to File a
8 Proposed Case Management Plan (Doc. 8).

9       DATED this 3rd day of August, 2007.

_____
Stephen M. McNamee
United States District Judge