**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kevin Lewis Hobson, | No. CV 07-1318-PHX-SMM |
| Plaintiff, | |
| v. | **ORDER** |
| Temple-Inlet, | |
| Defendant. | |

Currently pending before the Court are several motions filed by *pro se* Plaintiff Kevin Lewis Hobson. The Court, however, notes that it received the identical motions from Plaintiff last week and subsequently entered an Order[1] denying the Motions based on the fact that Defendant had yet to be served and had not yet an opportunity to answer or defend the case. Considering that the procedural posture of the case has not changed since that time, the motions are repetitious and duplicative in nature. Consequently, it is the Court's normal procedure to therefore strike the documents as duplicative. Plaintiff is encouraged to consult the Local Rules of the Court, the Federal Rules of Civil Procedure, as well as seek legal advice concerning his possible claims.

Accordingly,

**IT IS HEREBY ORDERED Striking as duplicative** Plaintiff's Motions for Service by U.S. Marshal (Doc. 15).

---

[1] Order was entered August 3, 2007 (Doc. 11).

**IT IS FURTHER ORDERED Striking as duplicative** Plaintiff's Motion for Preliminary Pretrial Conference (Doc. 13).

**IT IS FURTHER ORDERED Striking as duplicative** Plaintiff's Motion for Leave to File a Proposed Case Management Plan (Doc. 17).

DATED this 8th day of August, 2007.

_____
Stephen M. McNamee
United States District Judge