**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kevin Lewis Hobson,<br>  　　　Plaintiff,<br>  v.<br>Temple-Inlet,<br>  　　　Defendant. | No. CV 07-1318-PHX-SMM<br><br>**ORDER** |

## NOTICE--WARNING TO PLAINTIFF

*THIS NOTICE IS REQUIRED TO BE GIVEN TO YOU BY THE COURT*[1]

The Defendants' Motion to Dismiss [Docket No. 20] seeks to have your complaint dismissed. A motion to dismiss under Rule 12(b)(6) of the Federal Rules of Civil Procedure will, if granted, dispose of your case. Because the Defendants' Motion was filed on October 2, 2007, your response will be due on **October 19, 2007.**

Plaintiff is advised of the following specific provisions of LRCiv 7.2 of the Rules of Practice of the United States District Court for the District of Arizona:

Subparagraph (e) provides:

Unless otherwise permitted by the Court, a motion including its supporting memorandum, and the response including its supporting memorandum, each shall not exceed seventeen (17) pages, exclusive of attachments and any required statement of facts. Unless otherwise permitted by the Court, a reply including its

---

[1] Rand v. Rowland, 154 F.3d 952, 962 (9th Cir. 1998).

1  supporting memorandum shall not exceed eleven (11) pages, exclusive of attachments.

Subparagraph (i) provides:

If a motion does not conform in all substantial respects with the requirements of this Local Rule, or if the opposing party does not serve and file the required answering memoranda, or if counsel for any party fails to appear at the time and place assigned for oral argument, such non-compliance may be deemed a consent to the denial or granting of the motion and the Court may dispose of the motion summarily.

It is Plaintiff's obligation to timely respond to all motions. The failure of Plaintiff to respond to Defendant's Motion to Dismiss may, in the discretion of the Court, be deemed a consent to the granting of that Motion without further notice, and judgment may be entered dismissing the claims with prejudice pursuant to LRCiv 7.2(i). See Brydges v. Lewis, 18 F.3d 651, 652-53 (9th Cir. 1994) (per curiam).

**IT IS THEREFORE ORDERED** that Plaintiff shall have until **5:00 p.m. Friday, October 19, 2007**, to file a response to Defendant's Motion to Dismiss.

DATED this 3rd day of October, 2007.

_____
Stephen M. McNamee
United States District Judge