**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kevin Lewis Hobson,<br><br>      Plaintiff,<br>  v.<br>Temple-Inlet,<br>      Defendant. | No. CV 07-1318-PHX-SMM<br><br>**ORDER** |

Currently pending before the Court is another Motion to Proceed In Forma Pauperis (Doc. 27) filed by *pro se* Plaintiff Kevin Lewis Hobson. The Court, however, notes that it received the identical motion from Plaintiff on two previous occasions and subsequently entered Orders granting the first motion and denying the second as duplicative. Consequently, the Court will once again strike the pending motion as duplicative. Plaintiff is encouraged to consult the Local Rules of the Court, the Federal Rules of Civil Procedure, as well as seek legal advice concerning his possible claims.

Accordingly,

**IT IS HEREBY ORDERED Striking as duplicative** Plaintiff's Motion to Proceed In Forma Pauperis. (Doc. 27).

DATED this 1st day of November, 2007.

Stephen M. McNamee
United States District Judge