**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kevin Lewis Hobson,<br><br>　　　　Plaintiff,<br>　v.<br><br>Carl T. Hayden Veterans Affairs<br>Medical Center<br>　　　　Defendant. | No. CV 07-1318-PHX-SMM<br><br>**ORDER** |

Currently pending before the Court is Plaintiff's Motion to Court to Have an Inquery [sic] in the following pending cases wherein Plaintiff has been granted in forma pauperis status: 07-1246, 07-1318, 07-1319. The Court is unfamiliar with the request made by Plaintiff, and Plaintiff has neglected to provide the Court with any explanation of said request.

Accordingly,

**IT IS HEREBY ORDERED DENYING** Plaintiff's Motion to Court to Have an Inquery [sic] (Doc. 24).

DATED this 8th day of November, 2007.

_____
Stephen M. McNamee
United States District Judge